IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01874–MSK–KMT

MONICA M. WHITE,

    Plaintiff,

v.

EDWARD T. SCHAFER, Secretary, United States Department of Agriculture,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Unopposed Motion to Vacate and Reschedule Hearing and Request for Status Conference" (#40, filed August 26, 2009) is GRANTED. The motion hearing currently set for August 28, 2009 is VACATED and RESET to September 4, 2009 at 9:30 a.m. Plaintiff shall file its Response to Defendant's "Motion for Protective Order to Vacate Notices of Deposition of Dr. Joe Leonard, Jr., and Debra Muse" (#37, filed August 18, 2009) no later than September 2, 2009 at 5:00 p.m. The parties' request for a status conference shall be addressed at the September 4, 2009 hearing.

Dated: August 27, 2009