## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.**   08-cv-01874-MSK-KMT | FTR |
| **Date:**  September 04, 2009 | Debra Brown, Deputy Clerk |
| MONICA M. WHITE | Marisa L. Williams |
| Plaintiffs. | |
| v. | |
| EDWARD T. SCHAFER | Timothy Bart Jafek<br>Randall Bramer |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 9:30 a.m.**

Court calls case.  Appearance by counsel.

Defendant's MOTION for Protective Order to Vacate Notices of Deposition of Dr. Joe Leonard, Jr., and Debra Muse [Document #37, filed August 18, 2009] at issue.
Argument by Counsel.

**ORDERED:** Defendant's MOTION for Protective Order to Vacate Notices of Deposition of Dr. Joe Leonard, Jr., and Debra Muse [Document #37, filed August 18, 2009 is **granted in part and denied in part as follows:**

**ORDERED:** As to the deposition as to Dr. Joe Leonard, Jr., Assistant Secretary for Civil Rights, United States Department of Agriculture the motion is **GRANTED**

**ORDERED:** As to the deposition as to Debra Muse, National Director, Civil Rights Office, Forest Service the motion is **DENIED.**

**ORDERED:** Discovery cut-off is extended to **October 26, 2009.** Dispositive motions deadline isextended to **November 27, 2009.** The parties shall submit a Confidential Status Report on or before **January 04, 2010** to Tafoya_Chambers@cod.uscourts.gov addressing the desirability of setting a Settlement Conference.

**Court in recess: 10:17 a.m.**        Total In-Court Time 0:47; hearing concluded
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.