# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

**Civil Action No.**   08-cv-01874-MSK-KMT                     FTR

**Date:**  December 11, 2009                                    Debra Brown, Deputy Clerk

MONICA M. WHITE                                                 Marisa L. Williams

                Plaintiffs.

v.

EDWARD T. SCHAFER                                               Timothy Bart Jafek
                                                                                     Randall Bramer
                Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 9:05 a.m.**

Court calls case.  Appearance by counsel.

Plaintiff's MOTION to Compel Defendant Tom Vilsack, to respond to outstanding discovery requests [52] filed October 27, 2009  at issue.
Argument by Counsel.

With respect to Interrogatory Nos. 12, and15 and Request for Production of Document No. 18 the Court finds as follows:

**ORDERED:**    As to Interrogatory Nos. 12 and 15, the Motion to Compel is **DENIED**.

**ORDERED:**    As to Request for Production of Document No. 18 the Motion to Compel is **DENIED.**

**Court in recess: 10:05 a.m.**

Total In-Court Time 1:00; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.