**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: April 9, 2010 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 08-cv-01874-MSK-KMT

| *Parties*: | *Counsel Appearing:* |
|---|---|
| MONICA M. WHITE, | Marissa Williams |
| | Rhonda Rhodes |
| Plaintiff, | |
| v. | |
| EDWARD T. SCHAFER, Secretary, United States Department of Agriculture, | Timothy Jafek Susan Prose |
| Defendant. | |

**COURTROOM MINUTES**

HEARING: Continued Final Pretrial Conference.

**4:03 p.m.    Court in session.**

Randall Bramer, General Counsel, is present for the U.S. Department of Agriculture. The parties are excused from attending this further final pretrial conference.

**PENDING MOTIONS.**

The Court addresses Motion to Bifurcate (**Doc. #83**).

**ORDER:**    Motion to Bifurcate (**Doc. #83**) is **DENIED**.

The Court addresses again time needed for the trial.

The parties believe 8 days is necessary for trial.

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

**ORDER:** Jury trial (8 days) is set **February 28, 2011 at 1:00 p.m.**, continuing March 1-4 at 8:30 a.m.; March 7 at 1:00 p.m.; and March 8-9 at 8:30 a.m., in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Amendments to previously submitted jury instructions will be filed by **January 28, 2011.**

**ORDER:** The Final Pretrial Order (**Doc. #76) is APPROVED**.

**4:15 p.m.** **Court in recess.**

**Total Time: 12 minutes.**
**Hearing concluded.**